```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 17061
   ARKADIUSZ JACKOWSKI
   BARBARA K JACKOWSKI                         CHAPTER 13

                                               JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-5043     SSN XXX-XX-8623


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 12/22/2006 and was confirmed 04/02/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.54%.

      The case was dismissed after confirmation 10/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED           1296.00            .00         811.86
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED           .00            .00
LOUIS A WEINSTOCK          NOTICE ONLY      NOT FILED           .00            .00
CITIBANK                   SECURED           5237.00            .00        1420.28
CITIBANK                   UNSECURED        NOT FILED           .00            .00
ACADEMY COLLECTION SERVI   NOTICE ONLY      NOT FILED           .00            .00
HOUSEHOLD FINANCE CORP     CURRENT MORTG         .00            .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY      NOT FILED           .00            .00
INNISBROOK I CONDO ASSOC   CURRENT MORTG         .00            .00            .00
MID AMERICA FEDERAL S &    CURRENT MORTG         .00            .00            .00
AMERICAN ONLINE            UNSECURED        NOT FILED           .00            .00
NCO FIN/99                 NOTICE ONLY      NOT FILED           .00            .00
CAPITAL ONE                UNSECURED          751.54            .00            .00
ALLIANCEONE RECEIVABLES    NOTICE ONLY      NOT FILED           .00            .00
CAPITAL ONE                NOTICE ONLY      NOT FILED           .00            .00
UNITED RECOVERY SYSTEM     NOTICE ONLY      NOT FILED           .00            .00
CASH OPTION                UNSECURED        NOT FILED           .00            .00
CITIFINANCIAL              UNSECURED        NOT FILED           .00            .00
CITIFINANCIAL              NOTICE ONLY      NOT FILED           .00            .00
COMPUTER CREDIT            UNSECURED        NOT FILED           .00            .00
DR ZBIGNIEW ANIOL          NOTICE ONLY      NOT FILED           .00            .00
DELL FINANCIAL SERVICES    UNSECURED         1565.97            .00            .00
PRIMARY FINANCIAL SERVIC   NOTICE ONLY      NOT FILED           .00            .00
DEPENDON COLLECTION SE     UNSECURED        NOT FILED           .00            .00
MID AMERICA BANK           NOTICE ONLY      NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         7777.77            .00            .00
BAKER MILLER MARKOFF & K   NOTICE ONLY      NOT FILED           .00            .00
DISCOVER                   NOTICE ONLY      NOT FILED           .00            .00
ER SOLUTIONS               UNSECURED        NOT FILED           .00            .00
CINGULAR                   NOTICE ONLY      NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED          415.89            .00            .00
FMS INC                    UNSECURED        NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 17061 ARKADIUSZ JACKOWSKI & BARBARA K JACKOWSKI
```

```
AMERILOAN                 NOTICE ONLY    NOT FILED                  .00              .00
AMERILOAN                 NOTICE ONLY    NOT FILED                  .00              .00
B-LINE LLC                UNSECURED        1131.70                  .00              .00
ACCOUNTS RECEIVABLE MANA  NOTICE ONLY    NOT FILED                  .00              .00
ATLANTIC CREDIT & FINANC  NOTICE ONLY    NOT FILED                  .00              .00
HSBC MASTERCARD           NOTICE ONLY    NOT FILED                  .00              .00
JOHN P FRYE PC            NOTICE ONLY    NOT FILED                  .00              .00
MIDWEST CREDIT            UNSECURED      NOT FILED                  .00              .00
AMERICAS FINANCIAL CHOIC  UNSECURED         405.63                  .00              .00
MONICA TYSZKOWSKI DDS     UNSECURED      NOT FILED                  .00              .00
METROPOLITAN COLLECTION   NOTICE ONLY    NOT FILED                  .00              .00
NISSAN FINANCING          UNSECURED      NOT FILED                  .00              .00
NISSAN FINANCING          UNSECURED      NOT FILED                  .00              .00
SHERMAN ACQUISITION       UNSECURED        3862.17                  .00              .00
ACADEMY COLLECTION SERVI  NOTICE ONLY    NOT FILED                  .00              .00
WELLS FARGO               NOTICE ONLY    NOT FILED                  .00              .00
WELLS FARGO               NOTICE ONLY    NOT FILED                  .00              .00
T-MOBILE USA              UNSECURED         295.61                  .00              .00
BAY AREA CREDIT SERVICE   NOTICE ONLY    NOT FILED                  .00              .00
ROUNDUP FUNDING LLC       UNSECURED         699.36                  .00              .00
AMO RECOVERIES            NOTICE ONLY    NOT FILED                  .00              .00
MEYERS & NJUS PA          NOTICE ONLY    NOT FILED                  .00              .00
WF FIN BANK               UNSECURED      NOT FILED                  .00              .00
LVNV FUNDING              NOTICE ONLY    NOT FILED                  .00              .00
REDLINE RECOVERY SERVICE  NOTICE ONLY    NOT FILED                  .00              .00
WELLS FARGO FINANCIAL IL  UNSECURED         431.01                  .00              .00
TIBURON FINANCIAL LLC     NOTICE ONLY    NOT FILED                  .00              .00
HOUSEHOLD FINANCE CORP    MORTGAGE ARRE    5618.18                  .00              .00
INNISBROOK I CONDO ASSOC  MORTGAGE ARRE    1519.47                  .00              .00
MID AMERICA FEDERAL S &   MORTGAGE ARRE    4500.00                  .00              .00
NATIONAL CAPITAL MGMT LL  UNSECURED          58.96                  .00              .00
DELL FINANCIAL SERVICES   SECURED NOT I     200.00                  .00              .00
IWONA PANKOWSKA           DEBTOR ATTY      2,479.95                              490.27
TOM VAUGHN                TRUSTEE                                                 176.14
DEBTOR REFUND             REFUND                                                    .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,898.55

PRIORITY                                          .00
SECURED                                      2,232.14
UNSECURED                                         .00
ADMINISTRATIVE                                 490.27
TRUSTEE COMPENSATION                           176.14
DEBTOR REFUND                                     .00
                          ---------------  ---------------

             PAGE  2 - CONTINUED ON NEXT PAGE
    CASE NO. 06 B 17061 ARKADIUSZ JACKOWSKI & BARBARA K JACKOWSKI
```

```
TOTALS                              2,898.55              2,898.55
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 02/26/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE